IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01328-BNB

LUKE M. BARELA,

    Petitioner,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 0 2 2009

GREGORY C. LANGHAM
CLERK

## ORDER DISMISSING CASE

Petitioner, Luke M. Barela, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Sterling, Colorado, correctional facility. Mr. Barela filed *pro se* a document titled "Motion of Formal Written Renunciation of Nationality Per Immigration and Nationlazation [sic] 8 U.S.C.A. Sec. 1481."

In an order filed on June 8, 2009, Magistrate Judge Boyd N. Boland ordered Mr. Barela to certain enumerated deficiencies in this case within thirty days. On June 26, 2009, Mr. Barela filed *pro se* a motion titled "Motion to Withdraw Civil Action."

The Court must construe the "Motion to Withdraw Civil Action" liberally because Plaintiff is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, the Court will construe liberally the motion to withdraw as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "the plaintiff may dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No response has been filed by Defendant in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. **See Hyde Constr. Co.**, 388 F.2d at 507. Accordingly, it is

ORDERED that the motion titled "Motion to Withdraw Civil Action" that Plaintiff, Luke M. Barela, submitted to and filed with the Court on June 26, 2009, is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of June 26, 2009, the date the liberally construed notice of dismissal was filed in this action. It is

FURTHER ORDERED that the action is dismissed without prejudice.

DATED at Denver, Colorado, this 1 day of July, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.09-cv-01328-BNB

Luke M. Barela.
Prisoner No. 132581
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/2/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk